**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6732**

DEVINCHE J. ALBRITTON,

           Plaintiff – Appellant,

      v.

GENE  M.  JOHNSON,  Director  of  Virginia  Department  of
Corrections;  JOHN  DOE,  Virginia  Department  of  Corrections
Health  Services  Director;  DAVID B. EVERETT,  Warden  of  Sussex
II State Prison; MS. WANDA ROLLINS, Sussex II State Prison
Operations Officer and Law Library Supervisor; OFFICER CRIS,
former  Sergeant  Cris,  now  Officer  Cris;  MS.  MASSENBURG,
Grievance  Coordinator;  JANE  DOE,  The  Office  Service
Specialist,

           Defendants – Appellees.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Norfolk.    Jerome  B.  Friedman,  District
Judge.   (2:07-cv-00356-JBF-FBS)

Submitted:  September 29, 2009       Decided:  October 6, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

DeVinche Albritton, Appellant Pro Se.   Mark R. Davis, Assistant
Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeVinche Albritton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Albritton v. Johnson, No. 2:07-cv-00356-JBF-FBS (E.D. Va. filed Apr. 8, 2009; entered Apr. 9, 2009). We deny Albritton's motions for a dental examination, for a stay of the appeal pending the exam, and to amend to add new claims and defendants. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2